642

No. 947. PARKER ET AL. *v.* UNITED STATES. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Messrs. Harry Green, J. Mercer Davis,* and *George S. Silzer* for petitioners. No appearance for the United States.

No. 957. ZAHN *v.* HUDSPETH, WARDEN. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Joseph A. Zahn, pro se.* No appearance for respondent.

No. 962. MARTINI *v.* JOHNSTON, WARDEN. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Louis Martini, pro se.* No appearance for respondent.

No. 974. FARNSWORTH *v.* SANFORD, WARDEN. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. George S. Hawke* for petitioner. No appearance for respondent.

No. 980. HARGIS *v.* SWOPE, JUDGE, ET AL. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *A. H. Hargis, pro se.* No appearance for respondents.